UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>    Plaintiff,<br><br>v.<br><br>STU SHERMAN, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00711-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(ECF NO. 2) |

    Adam Sharpe, a state prisoner, filed this civil rights action on May 21, 2019. He seeks *in forma pauperis* status. However, Plaintiff failed to properly complete the Court's *in forma pauperis* application. Plaintiff checked the box indicating that he had received, within the last twelve months, gifts and inheritances, but Plaintiff failed to describe the gifts or inheritance as the *in forma pauperis* application requires. Moreover, the certificate section has not been completed by a prison official. Finally, Plaintiff failed to sign the application.

    Accordingly, Plaintiff's Motion to Proceed *in forma pauperis* is DENIED WITHOUT PREJUDICE. Plaintiff shall have thirty days to file a proper *in forma pauperis* application. Plaintiff is cautioned that failure to properly complete the *in forma pauperis* application within thirty (30) days of this Order may result in undersigned issuing findings and recommendations to

1

the District Judge, recommending that the District Judge dismiss this matter without prejudice for failure to comply with a Court order. *See Waldrop v. Deward*, No. 2:06-cv-0975-MCE-DAD-P, 2007 WL 97028 at *2 (E.D. Ca. Jan. 9, 2007).

IT IS SO ORDERED.

Dated: __**May 29, 2019**__  /s/ Eric P. Grojean
UNITED STATES MAGISTRATE JUDGE