UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>        Plaintiff,<br><br>    v.<br><br>STU SHERMAN, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00711-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT CERTAIN CLAIMS AND DEFENDANTS BE DISMISSED<br><br>(ECF NOS. 1 & 11)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS<br><br>ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE |

      Adam Sharpe ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff filed the complaint commencing this action on May 21, 2019, (ECF No. 1.) The Court screened Plaintiff's complaint. (ECF No. 11.) The Court found that only the following claims should proceed past the screening stage: "deliberate indifference to serious medical needs in violation of the Eighth Amendment against C. Cryer, J. Lewis, and S. Gates, as well as a claim for failure to protect in violation of the Eighth Amendment against S. Smith." (*Id.* at 2.)

      The Court allowed Plaintiff to choose between proceeding only on the claims found

1

cognizable by the Court in the screening order, amending the complaint, or standing on the complaint subject to the Court issuing findings and recommendations to a district judge consistent with the screening order. (*Id.*) On November 27, 2019, Plaintiff notified the Court that he wants to proceed only on the claims found cognizable by the screening order. (ECF No. 12.)

Accordingly, for the reasons set forth in the Court's screening order that was entered on November 7, 2019 (ECF No. 11.), and because Plaintiff has notified the Court that he wants to proceed only on the claims found cognizable in the screening order (ECF No. 12.), it is HEREBY RECOMMENDED that all claims and defendants be dismissed, except for Plaintiff's claims for deliberate indifference to serious medical needs in violation of the Eighth Amendment against C. Cryer, J. Lewis, and S. Gates and Plaintiff's claim for failure to protect in violation of the Eighth Amendment against S. Smith.

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **December 4, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE