UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>                    Plaintiff,<br><br>        v.<br><br>STU SHERMAN, *et al.*,<br><br>                    Defendants. | No. 1:19-cv-00711-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, PERMITTING ACTION TO PROCEED WITH CERTAIN CLAIMS AND DEFENDANTS, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS<br><br>(Doc. No. 14) |

  Plaintiff Adam Sharpe is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On December 6, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only with plaintiff's Eighth Amendment medical indifference claims against defendants C. Cryer, J. Lewis, and S. Gates, and with his Eighth Amendment failure to protect claim brought against defendant S. Smith.  (Doc. No. 14 at 1.)  The magistrate judge also recommended that all other claims and defendants be dismissed from this action due to plaintiff's failure to state a claim.  (*Id.* at 2.)  The findings and recommendations were served on plaintiff and contained notice that any objections were to be

1

filed within fourteen (14) days of service. (*Id.*) No objections have been filed, and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on December 6, 2019 (Doc. No. 14) are adopted in full;
2. This action now proceeds on plaintiff's first amended complaint (Doc. No. 14) on the following claims:
   a. Plaintiff's Eighth Amendment medical indifference claims against defendants C. Cryer, J. Lewis, and S. Gates; and
   b. Plaintiff's Eighth Amendment failure to protect claim against defendant S. Smith;
3. All other claims and defendants are dismissed from this case; and
4. This case is referred back to the assigned magistrate judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated:   **June 16, 2020**

UNITED STATES DISTRICT JUDGE