IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM SHARPE,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**STU SHERMAN, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-00711-DAD-EPG (PC)<br><br>**ORDER GRANTING MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(ECF No. 36) |

　　On September 14, 2020, Defendants filed a request to continue settlement conference (ECF No. 36). Good cause appearing, the Court GRANTS Defendants' motion. The settlement conference is to be continued to November 2020, and it may be further continued to accommodate Judge Newman's schedule.

　　**IT IS ORDERED** that Defendants' counsel is to contact Magistrate Judge Newman's chambers to arrange for a settlement conference by November 2, 2020.

IT IS SO ORDERED.

Dated: **September 14, 2020**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1