IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM SHARPE,**<br><br>Plaintiff,<br><br>v.<br><br>**STU SHERMAN, et al.,**<br><br>Defendants. | Case No. 1:19-cv-00711-DAD-EPG (PC)<br><br>**ORDER GRANTING, IN PART, MOTION TO MODIFY SCHEDULING ORDER**<br><br>(ECF No. 44) |

On November 23, 2020, Defendants filed a motion to modify the scheduling order, seeking to extend the deadline to file motions to compel to March 8, 2021. (ECF No. 44). Defendants argue that they intend to file a motion for summary judgment on the issue of exhaustion as to Defendant Smith and that the delay will help them to avoid deposing Plaintiff on his claims against Defendant Smith. (ECF No. 44-1 at 2). They further argue that their extended times to respond to Plaintiff's discovery requests (*see* ECF No. 42) is past the date by which Plaintiff must file a motion to compel, which means granting the extension of time is in Plaintiff's favor.

The Court agrees with Defendants that Plaintiff should have the opportunity to file a motion to compel after the deadline for Defendants' responses has passed.

However, Defendants have not adequately shown that they need until March 8, 2021. Given the judicial emergency, and the fact that dispositive motions require Findings and

1

Recommendations, Objections, and an eventual ruling by the District Judge de novo, it is not possible that the District Judge assigned to this case will rule on an as-yet-unfiled motion for partial summary judgment before the requested March 8, 2021 deadline. (*See also* ECF No. 42 at 2) (denying request to stay discovery pending resolution of not-yet-filed motion for summary judgment on issue of exhaustion).

Accordingly, IT IS HEREBY ORDERED that the parties shall file motions to compel, if any, no later than January 4, 2021.

IT IS SO ORDERED.

Dated: **November 24, 2020**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE