1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ADAM SHARPE,<br><br>Plaintiff,<br><br>v.<br><br>C. CRYER, et al.,<br><br>Defendants. | No. 1:19-cv-00711-DAD-EPG (PC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO VACATE DISPOSITIVE MOTION DEADLINE<br><br>(ECF No. 59) |
|---|---|

On March 16, 2021, Defendants filed a motion to vacate the dispositive motion deadline. (ECF No. 59). Defendants previously sought similar relief in their December 24, 2020 motion to stay, (ECF No. 51), which the Court granted in part and denied in part, (ECF No. 56). For the reasons discussed herein, the Court grants in part and denies in part Defendants' motion.

Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil-rights action against multiple defendants. On December 24, 2020, Defendants filed a motion for summary judgment on the issue of exhaustion as to Defendant Smith only. (ECF No. 50). The same day, they also filed a motion to stay discovery and to vacate the dispositive motion deadline as to Defendant Smith only. (ECF No. 51 at 6-7). The Court granted Defendant's motion in part on January 27, 2021 by staying the deadline for non-exhaustion dispositive motions as to Defendant Smith only. (ECF No. 56 at 5-6).

///

1

Briefing for the pending exhaustion motion for summary judgment completed on March 12, 2021. (ECF No. 58). Dispositive motions on grounds other than exhaustion are due April 8, 2021. (ECF No. 32).

In their current motion, Defendants argue that the dispositive motion deadline should be vacated or, in the alternative, continued by four months to keep all Defendants on the same timeline. (ECF No. 59). However, Defendant Smith has a different schedule because the Court granted Defendants' request to put him on his own schedule on the ground that Defendant Smith may be dismissed based on the pending summary judgment motion for related to exhaustion of administrative remedies. (ECF No. 56). There are no similar motions for summary judgment pending against the other defendants. Therefore, the case will proceed against those other defendants regardless of the resolution of the pending motion as to Defendant Smith.

Counsel's declaration also indicates that counsel has four other upcoming dispositive motions deadlines. (ECF No. 59-1 at 2). As a courtesy, in order to accommodate counsel, the Court will continue the deadline for dispositive motions for all defendants other than Defendant Smith, but not for the requested 4 months. The Court will grant a 45-day extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to vacate the dispositive motion deadline (ECF No. 59) is GRANTED IN PART and DENIED, IN PART; and

2. The parties shall file non-exhaustion dispositive motions, other than with respect to Defendant Smith, no later than May 24, 2021.

IT IS SO ORDERED.

Dated:  **March 19, 2021**                   /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE