UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. CRYER, et al.,<br><br>    Defendants. | Case No.   1:19-cv-00711-DAD-EPG (PC)<br><br>ORDER DIRECTING CLERK TO MAIL FINDINGS AND RECOMMENDATIONS TO PLAINTIFF<br><br>(ECF Nos. 71, 72) |

      Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's "notice of non-delivery of important documents." (ECF No. 72). In this filing, Plaintiff states that he has learned from "family correspond[e]nce," and later, from "legal library paging procedure" that this Court issued findings and recommendations, recommending the denial of Defendants' motion for summary judgment. (*Id.* at 1). However, Plaintiff states that he has not yet received a copy of the findings and recommendations and requests that he be provided a courtesy copy. (*Id.* at 2).

\\\

\\\

\\\

1

Given Plaintiff's representation that he has not yet received a copy of this Court's findings and recommendations, IT IS ORDERED that the Clerk of Court is respectfully directed to mail Plaintiff a courtesy copy of this Court's September 1, 2021 findings and recommendations. (See ECF No. 71).

IT IS SO ORDERED.

Dated:  **September 20, 2021**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE