UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>          Plaintiff,<br><br>  v.<br><br>C. CRYER, et al.,<br><br>          Defendants. | Case No. 1:19-cv-00711-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST *EX PARTE* MOTION TO MODIFY THE EXPERT DISCLOSURE DEADLINES<br><br>(ECF No. 76) |

  This matter is before the Court on Defendants' first *ex parte* motion to modify the expert disclosure deadlines. (ECF No. 76). Specifically, Defendants move to extend the current deadline to disclose experts, October 10, 2021, to December 10, 2021, and the current deadline to designate any rebuttal experts, November 10, 2021, to January 11, 2022. (*See* ECF No. 32). As grounds, Defendants state that, despite their diligent efforts, they have encountered difficulties and delays in retaining an expert witness in the field of optometry with specializations in keratoconus and need an extension of time to find and retain a qualified expert.

  Finding good cause, IT IS ORDERED that Defendants' *ex parte* motion to modify the expert disclosure deadlines (ECF No. 76) is granted. The Court's scheduling order (ECF No. 32) is modified as follows:

///
///

| Event | Original Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Expert Disclosures | October 10, 2021 | December 10, 2021 |
| Rebuttal Expert Disclosures | November 10, 2021 | January 11, 2022 |
| Plaintiff's Pretrial Statement[1] | December 10, 2021 | February 11, 2022 |
| Defendants' Pretrial Statement | January 11, 2022 | March 11, 2022 |
| Telephonic Trial Confirmation Hearing | February 7, 2022<br>Time: 1:30 p.m.<br>Courtroom 5 (DAD) | July 18, 2022,<br>Time: 1:30 pm<br>Courtroom 5 (DAD) |

Additionally, the Court notes that it has issued findings and recommendations (ECF No. 71) to deny Defendants' pending motion for summary judgment (ECF No. 65). If the District Judge adopts the findings and recommendations, or otherwise allows any claims to proceed, Defendants shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) within fourteen days after the issuance of the District Judge's final order on the motion for summary judgment to schedule a settlement conference.

IT IS SO ORDERED.

Dated: **October 5, 2021**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] With the extension of the expert deadlines, it is necessary to extend other dates in this case.