UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>           Plaintiff,<br><br>     v.<br><br>C. CRYER, et al.,<br><br>           Defendants. | Case No. 1:19-cv-00711-DAD-EPG (PC)<br><br>ORDER GRANTING MOTION TO MODIFY EXPERT DISCLOSURE DEADLINE, VACATING REMAINING DEADLINES<br><br>(ECF NO. 83) |

     Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

     On November 29, 2021, Plaintiff filed a motion to modify the expert disclosure deadline. (ECF No. 83). Noting that the parties will be attending a settlement conference in this case in the future, Plaintiff asks that this Court extend the upcoming expert disclosures' deadline of December 10, 2021. In support of the motion, Plaintiff states, among other things, that his facility is currently under quarantine due to the COVID-19 pandemic and he has no access to the law library and that the pending settlement conference may render the necessity for expert disclosures moot.

     Because the parties will be pursuing settlement, the Court will grant Plaintiff's motion and vacate all remaining case deadlines while the parties try to resolve this case.

     Accordingly, IT IS ORDERED that Plaintiff's motion to modify the expert disclosure

1  deadline (ECF No. 83) is granted.

2      Additionally, upon the Court's own motion, the remaining deadlines/dates in this case are
3  vacated. (*See* ECF No. 77). If necessary, the Court will issue another scheduling order following
4  the settlement conference.

5  IT IS SO ORDERED.

7  Dated:  **November 30, 2021**          /s/ Erica P. Grosjean
              UNITED STATES MAGISTRATE JUDGE

2