UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. CRYER, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00711-DAD-EPG (PC)<br><br>ORDER SETTING REMAINING CASE SCHEDULE<br><br>(ECF Nos. 77, 84) |

　　　　Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On October 5, 2021, the Court last modified the scheduling order, setting deadlines relating to expert disclosures, pretrial statements, and setting a telephonic trial confirmation hearing. (ECF No. 77).

　　　　On November 29, 2021, Plaintiff filed a motion to modify the expert disclosure deadline. (ECF No. 83). Noting that the parties would, at that time, be attending a settlement conference in in the future, Plaintiff asked that this Court extend the then upcoming expert disclosures' deadline. On November 30, 2021, the Court granted Plaintiff's motion and *sua sponte* vacated all remaining deadlines/dates in the case, noting that it would issue another scheduling order following the settlement conference, if necessary. (ECF No. 84).

　　　　On January 21, 2022, the parties reached an impasse and were unable to come to an

1

agreement at their settlement conference. (ECF No. 90). Thus, it is necessary for the Court to reset the remaining deadlines/dates in this case.

Accordingly, IT IS ORDERED that the scheduling order (*See* ECF Nos. 32, 77) is modified as follows:

| Event | Former Date or Deadline | Revised Date or Deadline |
| --- | --- | --- |
| Expert Disclosures | December 10, 2021 | March 25, 2022 |
| Rebuttal Expert Disclosures | January 11, 2022 | April 25, 2022 |
| Plaintiff's Pretrial Statement | February 11, 2022 | May 25, 2022 |
| Defendants' Pretrial Statement | March 11, 2022 | June 25, 2022 |
| Telephonic Trial Confirmation Hearing | July 18, 2022, Time: 1:30 pm Courtroom 5 (DAD) | August 1, 2022 Time: 1:30 p.m. Courtroom 5 (DAD) |

IT IS SO ORDERED.

Dated:   **January 24, 2022**              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

2