UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>        Plaintiff,<br><br>    v.<br><br>C. CRYER, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00711-DAD-EPG (PC)<br><br>ORDER REQUIRING RESPONSE TO MOTION TO MODIFY CASE SCHEDULE AND REOPEN NON-EXPERT DISCOVERY<br><br>(ECF No. 92) |

Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Following the failure of this case to resolve at the January 21, 2022 settlement conference, the Court reset the remaining case deadlines on January 24, 2022 (expert disclosures, pretrial statements, and the telephonic trial confirmation hearing). (ECF No. 91). On January 26, 2022, Defendants moved to extend these deadlines and also to reopen non-expert discovery for the limited purpose of deposing Defendant Lewis and subpoenaing records from Natural Vision. (ECF No. 92). Upon review of the motion, the Court finds it prudent to order a response to the motion from Plaintiff. *See* Local Rule 230(l) (allowing twenty-one day opposition to motions in *pro se* prisoner actions).

Accordingly, IT IS ORDERED that Plaintiff shall file an opposition or statement of non-opposition to Defendants' motion to modify the case schedule and reopen non-expert discovery

1

(ECF No. 92) within twenty-one (21) days of service of this order.

IT IS SO ORDERED.

Dated:  **January 27, 2022**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE