UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. CRYER, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00711-DAD-EPG (PC)<br><br>ORDER GRANTING EXTENSION OF DEADLINE FOR PRETRIAL STATEMENTS<br><br>(ECF NO. 101) |

　　　Plaintiff Adam Sharpe is a state prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 17, 2022, the Court appointed *pro bono* counsel, Attorney J. Chevalier, for the limited purpose of assisting Plaintiff in completing expert discovery. (ECF No. 98). Attorney Chevalier's appointment was set to terminate upon the expiration of the deadline for rebuttal expert disclosures, June 22, 2022, or a date thereafter if the Court extends this deadline.

　　　Now before the Court is Plaintiff's motion for appointment of new counsel and for a sixty-day extension of the July 20, 2022 deadline to file his pretrial statement. (ECF No. 101). As grounds for obtaining new counsel, Plaintiff states that Attorney Chevalier has not kept in adequate contact with him regarding this case and has been deficient in conducting discovery. As grounds for a sixty-day extension of the July 20, 2022 deadline to file his pretrial statement, Plaintiff states that he lacks some of the relevant documents—citing recent discovery—to prepare

his statement; is currently in quarantine with little access to legal resources, and does not wish to continue with Attorney Chevalier.

In light of Plaintiff's motion, the Court will order Attorney Chevalier to file a status report addressing the state of discovery and whether he would want to stay on as counsel if this Court were to extend his limited appointment. The Court will address Plaintiff's request for new counsel after reviewing Attorney Chevalier's status report. The Court will grant Plaintiff's motion (ECF No. 101) to the extent that Plaintiff requests an extension of time to file his pretrial statement, with the Court ordering simultaneous pretrial statements.

Accordingly, IT IS ORDERED as follows:

1. By no later than July 29, 2022, Attorney Chevalier shall file a status report, addressing (1) whether he wishes to continue his appointment in this matter, and if so, to what extent; (2) whether expert discovery is complete and what discovery was taken; (3) whether Plaintiff has access to the discovery obtained during Attorney Chevalier's representation should Plaintiff proceed *pro se* for the remainder of this case;

2. The parties shall file simultaneous pretrial statements by no later than September 20, 2022. Accordingly, the telephonic trial confirmation hearing is reset for October 24, 2022, at 1:30 p.m. before DAD in Courtroom 5. To participate telephonically, the parties must dial into the conference at 877-402-9757, using access code 6966236, at the time of the hearing. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing *unless Plaintiff is represented by counsel*. The parties are referred to the Court's scheduling order for other requirements related to the telephonic trial confirmation hearing. (ECF No. 32, p. 7).

\\\
\\\
\\\
\\\
\\\
\\\

3. The Clerk of Court is directed to mail a copy of this order to Plaintiff at his institution of confinement.

IT IS SO ORDERED.

Dated:  **July 11, 2022**                                        /s/ Erica P. Grosjean
                                                                                  UNITED STATES MAGISTRATE JUDGE

3