UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>              Plaintiff,<br><br>     v.<br><br>C. CRYER, et al.,<br><br>              Defendants. | Case No. 1:19-cv-00711-DAD-EPG (PC)<br><br>ORDER SETTING A STATUS CONFERENCE<br><br>(ECF No. 102) |

    Plaintiff Adam Sharpe is a state prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 11, 2022, this Court issued an order that, in relevant part, directed Attorney Quinn J. Chevalier to file a status report, by no later than July 29, 2022, addressing his desire to continue representing Plaintiff in this matter and the status of certain discovery. (ECF No. 102). To date, Attorney Chevalier has not filed a status report. Given these circumstances, the Court believes it is prudent to set a status conference as to how to proceed in this case. Counsel as well as Plaintiff are ordered to appear telephonically at the status conference.

    Accordingly, IT IS ORDERED as follows:

1. A status conference is set for August 30, 2022, at 10:30 a.m. before the undersigned. The parties should be available for 30 minutes, although the conference may take less time.
2. To join the conference, each party is directed to call the toll−free telephone number (888)

1

251−2909 and use Access Code 1024453.

3. Plaintiff shall make arrangements with staff at his institution of confinement for his attendance at the status conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above. Further, defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance prior to the conference.

4. The Clerk of Court shall mail or email a copy of this order to the litigation coordinator at Plaintiff's institution of confinement

5. The Clerk of Court is directed to mail a copy of this order to Plaintiff at his institution of confinement.

IT IS SO ORDERED.

Dated: **August 9, 2022**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2