UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>            Plaintiff,<br><br>     v.<br><br>C. CRYER, et al.,<br><br>            Defendants. | Case No. 1:19-cv-00711-ADA-EPG (PC)<br><br>ORDER MODIFYING THE SCHEDULE, CONTINUING APPOINTMENT OF COUNSEL, DENYING WITHOUT PREJUDICE REQUEST FOR NEW PRO BONO COUNSEL<br><br>(ECF Nos. 101, 104) |

Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* (except as otherwise noted) and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claims that Defendants C. Cryer, J. Lewis, and S. Gates were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. On September 14, 2022, the Court held a status conference with Plaintiff appearing personally, Attorney Quinn J. Chevalier appearing on behalf of Plaintiff, and Attorney R. Lawrence Bragg appearing on behalf of Defendants.

For the reasons stated on the record, IT IS ORDERED as follows:

1. Plaintiff's request for appointment of pro bono counsel (ECF No. 101) is denied without prejudice to Plaintiff renewing his request at a later time in this case.
2. Attorney Quinn J. Chevalier remains appointed as limited purpose counsel, with the appointment to end the day following service of Plaintiff's expert report. Consistent with

1

counsel's professional obligations, Attorney Chevalier shall ensure that Plaintiff is provided a copy of the expert report and any accompanying documents promptly upon counsel's receipt.

3. If Plaintiff and Attorney Chevalier wish to continue the appointment, Plaintiff *himself* may file a notice prior to the end of Attorney Chevalier's appointment notifying the Court that he wishes for Attorney Chevalier to continue as counsel and specifying how long he wishes for the appointment to continue, *e.g.*, until the close of expert discovery.

4. The scheduling order (ECF Nos. 32, 77, 91, 92, 98, 102) is modified as follows:

| Event | Former Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Deadline for Attorney Chevalier to *postmark and mail* to Plaintiff all documents received from the Court and through discovery from the beginning of counsel's limited appointment to the entry of this order | None | September 21, 2022 |
| Expert disclosure by Plaintiff, including affirmative opinions and rebuttal | May 23, 2022 | October 21, 2022 |
| Rebuttal expert disclosures by Defendants, if any | June 22, 2022 | December 16, 2022 |
| Telephonic status conference before Judge Grosjean | None | January 23, 2023, at 10:30 a.m. |

2

| | | |
|---|---|---|
| Close of expert discovery, including depositions of expert witness | June 22 2022 | February 3, 2023 |
| Simultaneous pretrial statements | September 20, 2022 | March 3, 2023 |
| Telephonic pretrial conference before District Judge Ana de Alba (formerly called a telephonic trial confirmation hearing) | October 24, 2022 | April 17, 2023, at 1:30 p.m. |

5. Regarding the telephonic status conference set for January 23, 2023, the parties shall dial 1 (888) 251-2909 and enter access code 1024453 to participate. Counsel for Defendants is required to arrange for the participation of Plaintiff. The parties should be prepared to discuss the status of discovery and the potential for settlement.

6. Regarding the telephonic pretrial conference set before now presiding District Judge Ana de Alba, the parties shall dial 1 (888) 557−8511 and enter access code 2219767 to participate. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic pretrial conference.

7. The Clerk of the Court is directed to mail a copy of this order and all future orders (until otherwise instructed) to Plaintiff at his institution of confinement and to reflect the mailing of such orders on the docket.

8. Defendants are directed to serve copies of all of Defendants' future filings on Plaintiff at his institution of confinement (until otherwise instructed).

\\\
\\\
\\\

\\\

9. Attorney Chevalier may continue to receive electronic notifications of Court filings through the Court's established process until his limited appointment is terminated.

IT IS SO ORDERED.

Dated: **September 14, 2022**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE