UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. CRYER, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00711-ADA-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE TO THE COURT AND REQUEST<br><br>(ECF Nos. 108, 109) |

　　　　Plaintiff Adam Sharpe is a state prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is before the Court on Plaintiff's notice to the Court and request, filed on October 14, 2022.

　　　　Referring to the Court's September 14, 2022 order that modified the case schedule and continued the appointment of Attorney Quinn J. Chevalier as limited purpose counsel, Plaintiff states that he has not received the Court filings and discovery documents that this Court ordered Attorney Chevalier to postmark and mail to Plaintiff by no later than September 21, 2022. (ECF No. 108; *see* ECF No. 107). Further, Plaintiff states that it is fair to assume that Attorney Chevalier will also not make the required expert-disclosure deadline of October 21, 2022. Plaintiff asks this court to (1) order Attorney Chevalier to provide him the required documents; (2) rule that the deposition of Defendant Lewis is inadmissible; and (3) make arrangements for him to obtain his expert's disclosure should Attorney Chevalier fail to provide it.

1

Attorney Chevalier filed a response to Plaintiff's notice the same day. (ECF No. 109). He states that he mailed the required documents to Plaintiff on September 20, 2022, attaching a copy of his cover letters to Plaintiff and cover page to the prison's litigation department as proof. Further, he states that he has an appointment to meet personally with Plaintiff on October 20, 2022, at noon to review the expert report with Plaintiff and obtain his permission to provide it to Defendants. Attorney Chevalier has attached a copy of his letter to the prison requesting the in-person visit.

Upon review of Plaintiff's notice and request and Attorney Chevalier's response, the Court orders as follows:

1. Plaintiff's notice and request (ECF No. 108) is denied.
2. Given Plaintiff's representation that he has not received the documents, Attorney Chevalier is ordered to provide them again, either by postmarking and mailing them by no later than October 20, 2022, or providing them in person during his scheduled October 20, 2022 visit.
3. By no later than October 24, 2022, Attorney Chevalier shall make a notice filing, advising the Court of the date and method that Plaintiff was provided the relevant documents, confirming that Plaintiff was provided a copy of the expert report, and stating whether the report has been provided to Defendants.

IT IS SO ORDERED.

Dated: __October 17, 2022__         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2