UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>           Plaintiff,<br><br>      v.<br><br>C. CRYER, et al.,<br><br>           Defendants. | Case No. 1:19-cv-00711-ADA-EPG (PC)<br><br>ORDER RE: ATTORNEY CHEVALIER'S NOTICE FILING; TERMINATING ATTORNEY CHEVALIER AS LIMITED PURPOSE COUNSEL<br><br>(ECF No. 111). |

Plaintiff Adam Sharpe is a state prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is before the Court on the notice filing of Attorney Quinn J. Chevalier and the issue of his continuation as counsel in this case. (ECF Nos. 107, 111).

Attorney Chevalier represents that he has personally provided the documents that Plaintiff claimed, in his October 14, 2022 notice filing, that he did not receive. (ECF No. 111, *see* ECF No. 108). Further, "Plaintiff represented at this meeting to [A]ttorney Chevalier that Plaintiff had eventually received the documents that [A]ttorney Chevalier mailed on September 20, 2022," but not until after October 14, 2022.  (ECF No. 111, p. 2). Lastly, he states that he discussed Plaintiff's expert report with Plaintiff and served it on the Defendants as instructed by Plaintiff. (*Id.* at 3).

1

Given these representations, it appears that Attorney Chevalier has complied with the Court's October 17, 2022 order concerning the documents at issue and the expert report. (ECF No. 110). The Court also notes that its September 14, 2022 order provided as follows regarding Attorney Chevalier's appointment:

> If Plaintiff and Attorney Chevalier wish to continue the appointment, Plaintiff *himself* may file a notice prior to the end of Attorney Chevalier's appointment notifying the Court that he wishes for Attorney Chevalier to continue as counsel and specifying how long he wishes for the appointment to continue, *e.g.*, until the close of expert discovery.

(ECF No. 107, p. 2). To date, the Court has received no notice from Plaintiff regarding his desire for Attorney Chevalier to continue as counsel, and Attorney Chevalier's appointment was set to end the day following service of the expert report. (*Id.* at 1).

Accordingly, IT IS ORDERED as follows:

1. Attorney Quinn J. Chevalier is terminated as limited purpose counsel for Plaintiff.
2. The Clerk of Court is directed to reflect Attorney Chevalier's termination as counsel on the docket.
3. The Clerk of the Court is directed to mail a copy of this order and all future orders to Plaintiff at his institution of confinement and to reflect the mailing of such orders on the docket.

IT IS SO ORDERED.

Dated:  **October 24, 2022**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2