UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>        Plaintiff,<br><br>    v.<br><br>C. CRYER, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00711-ADA-EPG (PC)<br><br>ORDER REQUIRING RESPONSE TO PLAINTIFF'S REQUEST FOR PERMISSION TO ADD DEFENDANT<br><br>(ECF No. 115) |

      Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claims that Defendants C. Cryer, J. Lewis, and S. Gates were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Now before the Court is Plaintiff's "request for permission to add defendant." (ECF No. 115, p. 1) (capitalization omitted).

      As grounds, Plaintiff states that he recently received and reviewed the transcript of Defendant Lewis, who claimed to have no involvement in the review of Plaintiff's prison appeal, and instead "place[d] responsibility and culpability on a previously unknown subordinate, Cindy Nules." (*Id.* at 1). Plaintiff states that he was unaware of her existence until now and had no way of knowing about her "as her name does not appear anywhere in the appeal response, nor any document Plaintiff was provided." (*Id.* at 2).

Upon review, the Court will require a response to Plaintiff's request to add Nules as a defendant.

Accordingly, IT IS ORDERED that Defendants shall file a response to Plaintiff's request for permission to add a defendant (ECF No. 115) by no later than December 1, 2022.

IT IS SO ORDERED.

Dated:   **November 17, 2022**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE