UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. CRYER, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00711-ADA-EPG (PC)<br><br>ORDER PERMITTING REPLY IN SUPPORT OF PLAINTIFF'S REQUEST FOR PERMISSION TO ADD DEFENDANT<br><br>(ECF No. 115) |

　　　　Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claims that Defendants C. Cryer, J. Lewis, and S. Gates were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.

　　　　On November 16, 2022, Plaintiff' filed a "request for permission to add defendant." (ECF No. 115, p. 1) (capitalization omitted). The Court ordered Defendants to file a response, which they filed on November 29, 2022. (ECF Nos. 116, 117, 118). Upon review of the response, the Court will permit Plaintiff to file a reply in support of his request for permission to add a defendant.

\\\

\\\

1

1    Accordingly, IT IS ORDERED that Plaintiff may file a reply in support of his request for permission to add a defendant (ECF No. 115) within fourteen (14) days after being served with a copy of this order.

IT IS SO ORDERED.

Dated:   **November 30, 2022**          /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE