UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. CRYER, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00711-ADA-EPG (PC)<br><br>ORDER REQUIRING RESPONSE FROM ATTORNEY CHEVALIER REGARDING PAYMENT OF INVOICES<br><br>(ECF No. 100) |

Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Attorney Quinn Chevalier was appointed as limited purpose counsel in this case. As part of his appointment, counsel obtained permission to incur costs of $7,700 on May 4, 2022. (ECF No. 100).

On October 24, 2022, Attorney Chevalier was terminated as limited purpose counsel. (ECF No. 112). Since counsel's termination, Court staff has been contacted by a non-party, who represents that Attorney Chevalier has not paid that party's invoice for services provided in connection with the Court's May 4, 2022 order authorizing the incurrence of costs.

Accordingly, IT IS ORDERED as follows:

1. By no later than December 23, 2022, Attorney Chevalier shall file a response to this order stating whether he has paid <u>any and all</u> invoices associated with the Court's approval of

1

incurrence of costs in its May 4, 2022 order, and explaining, if applicable, why any invoice has not been paid.

2. Failure to comply with this order may result in sanctions.

3. The Clerk of Court shall mail a copy of this order to Attorney Chevalier at the address listed for him on the docket.

IT IS SO ORDERED.

Dated:   **December 13, 2022**              /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

2