UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>            Plaintiff,<br><br>    v.<br><br>C. CRYER, et al.,<br><br>            Defendants. | Case No. 1:19-cv-00711-ADA-EPG (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPEAL DOCUMENT FOR THE COURT'S REVIEW<br><br>(ECF No. 115) |

      Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claims that Defendants C. Cryer, J. Lewis, and S. Gates were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. On November 16, 2022, Plaintiff' filed a "request for permission to add defendant." (ECF No. 115, p. 1) (capitalization omitted). Defendants have filed an opposition and Plaintiff has filed a reply. (ECF Nos. 117, 122).

      Plaintiff seeks to add Cindy Nules as a defendant. As grounds, Plaintiff states that he understood Defendant Lewis to have been involved in the review of his administrative appeal. However, at Lewis' deposition, Lewis identified the signature on the appeal as belonging to Cindy Nules, despite the signature block having Lewis' name and title on it. Plaintiff claims that the signature "is mostly not legible" and he had no idea of Nules' existent or involvement in the

appeal until Lewis' deposition.

Because Plaintiff's motion relies in large part on a signature contained on the appeal document, IT IS ORDERED that Plaintiff shall file a copy of the appeal at issue for the Court's review by no later than January 20, 2023.

IT IS SO ORDERED.

Dated:  **January 3, 2023**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

2