UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>           Plaintiff,<br><br>     v.<br><br>C. CRYER, et al.,<br><br>           Defendants. | Case No. 1:19-cv-00711-ADA-EPG (PC)<br><br>ORDER TO FILE PROPOSED AMENDED COMPLAINT<br><br>(ECF No. 149)<br><br>ORDER EXTENDING DEADLINE TO RESPOND TO MOTION TO AMEND |

     Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is before the Court on Plaintiff's motion for leave to file an amended complaint to add six defendants to this case based on his recent receipt of emails from the current Defendants. (ECF No. 149). Upon review, the Court will order Plaintiff to file a copy of the proposed amended complaint.

     While the Court previously granted leave to amend without first requiring Plaintiff to file a copy of his proposed complaint, that amendment involved the addition of a single defendant with a well-developed record of the basis for the claim. (ECF No. 135). Here, Plaintiff seeks to add six defendants and the record is not well-developed as to the facts supporting amendment for each defendant. *See* Local Rule 137(c) (requiring a party to attach a proposed amended complaint to a motion seeking leave to amend).

1

Accordingly, IT IS ORDERED as follows:

1. By no later than July 17, 2023, Plaintiff shall file a copy of his proposed amended complaint. If Plaintiff fails to do so, he is advised that his motion may be denied.

2. Plaintiff is advised that, if granted leave to amend, his amended complaint supersedes the operative complaint, *Lacey v. Maricopa County*, 693 F.3d. 896, 907 n.1 (9th Cir. 2012) (en banc), and must be complete in itself without reference to the prior or superseded pleading, Local Rule 220. The proposed amended complaint should be clearly and boldly titled "Proposed Second Amended Complaint," refer to the case number, and be an original signed under penalty of perjury.

3. The date to file any opposition to Plaintiff's motion for leave to amend is extended to 21 days from the date that Plaintiff files a copy of his proposed amended complaint. *See* Local Rule 230(l).

IT IS SO ORDERED.

Dated:   **June 16, 2023**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2