UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. CRYER, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00711-ADA-EPG (PC)<br><br>ORDER GRANTING, IN PART, DEFENDANT NULES'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 154) |

　　　　Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is before the Court on the motion of Defendant C. Nules for an extension of time to respond to the complaint. (ECF No. 154). As grounds, Defendant states that her response to Plaintiff's first amended complaint is due on August 25, 2023, but notes that such response may be rendered moot by the fact that Plaintiff has a pending motion for leave to file a second amended complaint. Defendant requests an extension up to, and including, forty-five days after the Court rules on Plaintiff's motion to amend to file a response to Plaintiff's first amended complaint, if needed.

　　　　The Court will not grant the extension of time, as requested. Notably, the motion to amend seeks to add additional Defendants other than Nules. The Court has already held that Plaintiff may amend his complaint as to Defendant Nules, and has already authorized service as to Defendant Nules. (ECF No. 143). The Court does not find it appropriate to delay her answer

1

1 as proposed simply because Plaintiff may be granted leave to file an amended complaint in the
2 future.
3     Nevertheless, the Court will extend the deadline to file a response to Plaintiff's first
4 amended complaint by 14 days.
5     Accordingly, IT IS ORDERED as follows:
6   1. Defendant Nules's motion for an extension of time to respond to the complaint (ECF
7      No. 154) is granted, in part, as specified below.
8   2. By no later September 8, 2023, Defendant Nules shall file a response to the first
9      amended complaint.

IT IS SO ORDERED.

Dated: **August 7, 2023**     /s/ *Erica P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE