UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHARPE,<br><br>        Plaintiff,<br><br>    v.<br><br>C. CRYER, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00711-NODJ-EPG (PC)<br><br>ORDER FOR RESPONSE TO MOTION TO QUASH OR MODIFY SUBPOENA<br><br>(ECF No. 167) |

Plaintiff Adam Sharpe is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Now before the Court is Plaintiff's motion to quash or modify subpoena. (ECF No. 167). Plaintiff states that Defendants Nules, Cryer, Gates, and Lewis are seeking to subpoena documents from Natural Vision, one of his medical providers. He opposes this request as posing an undue burden and duplicative of facts in the record. Upon review, the Court will set a deadline for Defendants to respond.

The response should address which Defendants are seeking to subpoena records. Notably, in the most recent version of the scheduling order, the Court opened discovery "only as to Plaintiff's recently added claim against Defendant C. Nules for deliberate indifference to Plaintiff's serious medical needs—the Court [was] not reopening discovery as to the claims against Defendants C. Cryer, S. Gates, or J. Lewis." (ECF No. 160). Additionally, the Court previously denied the request from Defendants Cryer, Gates, and Lewis to subpoena records

1

from Natural Vision in this case because they were not diligent in seeking the records. (ECF No. 98, p. 7).

Accordingly, IT IS ORDERED as follows:

Defendants shall file a response to Plaintiff's motion (ECF No. 167) by no later than February 19, 2024.

IT IS SO ORDERED.

Dated: **January 30, 2024**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE